2010R00386/JWA/MBE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 10-349 (SRC) |
| SHAHEEN THOMAS and TRAVIS THOMAS | : | |
| | : | ORDER OF DISMISSAL |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses Indictment, Criminal No. 10-349, against defendants Shaheen Thomas and Travis Thomas charging them with: (1) knowingly and with the intent to cause serious bodily harm, taking a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of another by force, violence, and intimidation, resulting in serious bodily injury to that person, in violation of Title 18, United States Code, Section 2119(a)(2); and (2) knowingly using and carrying a firearm during and in relation to a crime of violence, specifically the car jacking alleged in the Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and Section 2, for the reason that prosecution

of defendants Shaheen Thomas and Travis Thomas at this time is not in the best interests of the United States.

_[signature]_
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal. The dismissal is without prejudice.

_[signature]_
HON. STANLEY R. CHESLER
United States District Judge

Date: 7/6/10